IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANITA JONES | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 21-3314 |
| EXPERIAN INFORMATION | : |
| SOLUTIONS, INC., ET AL. | : |

**O R D E R**

**AND NOW**, this 6th day of September 2022, upon consideration of Defendant Randolph-Brooks Federal Credit Union's Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, to Transfer Venue or Dismiss (ECF No. 29), Defendant First Texas Bank's Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, to Transfer Venue (ECF No. 74), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motions are **GRANTED.**

1. The Complaint is **DISMISSED** without prejudice against Randolph-Brooks Federal Credit Union for lack of personal jurisdiction.

2. The Complaint is **DISMISSED** without prejudice against First Texas Bank for lack of personal jurisdiction.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**